**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.   **CV 14-6494-JFW (JCx)** | Date: May 14, 2015 |

Title:   Jeffery R. Werner -v- Resignation Media, LLC, et al.

---

**PRESENT:**

 **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE SANCTIONED FOR FAILURE TO ATTEND THE MEDIATION IN PERSON

 In the Court's January 14, 2015 Order Vacating Scheduling Conference and Referral to ADR, the parties were order to conduct a private mediation no later than May 5, 2015.  Pursuant to Local Rule 16-15.5(b), each party was required to appear at the private mediation in person.  On May 12, 2015, the parties filed their Joint Report Re Results of Settlement Conference ("Joint Report").  In their Joint Report, the parties state that Defendants failed to personally appear at the mediation.

 Accordingly, Defendants are ordered to show case in writing by May 20, 2015 why the Court should not order Defendants to pay the entire cost of the mediation for their failure to attend the mediation in person.  In addition, the Court orders the parties to participate in and personally attend another private mediation on or before June 16, 2015, and to submit a Joint Report regarding the results of that private mediation on or before June 22, 2015.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

 IT IS SO ORDERED.

Initials of Deputy Clerk   sr