Alexander Yoffe, Esq. (SBN 234416)
ayoffe@mbeachlaw.com
Michael B. Cooper, Esq. (SBN 267457)
mcooper@mbeachlaw.com
YOFFE & COOPER, LLP
3713 Highland Avenue, Suite 2
Manhattan Beach, CA 90266
Telephone: (310) 982-2699
Facsimile:  (877) 571-9810

Attorneys for Defendants
RESIGNATION MEDIA, LLC;
RESIGNATION HOLDINGS, LLC;
KEEP CALM MANAGEMENT, INC.;
LEO RESIG; AND, BOB PHILLIPP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY R. WERNER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RESIGNATION MEDIA, LLC;<br>RESIGNATION HOLDINGS, LLC;<br>KEEP CALM MANAGEMENT, INC.;<br>LEO RESIG; AND, BOB PHILLIPP;<br>AND DOES 1-10 INCLUSIVE,<br><br>　　　　Defendants. | Case No.: 2:14-CV-06494-JFW-JC<br><br>Judge: Hon. John F. Walter<br><br>**DECLARATIONS OF MICHAEL B. COOPER, LEO RESIG AND ROBERT PHILLIPP RE ORDER TO SHOW CAUSE MAY 20, 2015** |

DECLARATIONS OF MICHAEL B. COOPER, LEO RESIG AND ROBERT PHILLIPP RE ORDER TO SHOW CAUSE MAY 20, 2015
1

# DECLARATION OF MICHAEL B. COOPER

I, MICHAEL B. COOPER, declare:

1. I am an attorney licensed to practice law in California, and am a Partner at Yoffe & Cooper, LLP, attorneys for Defendants Resignation Media, LLC, Resignation Holdings, LLC, Keep Calm Management, Inc., Leo Resig and Bob Phillipp. I make this Declaration in response to this Court's May 14, 2015 Order to Show Cause Why Defendants Should Not be Sanctioned For Failure to Attend the Mediation in Person. I have personal knowledge of the following facts and if called upon to testify, would and could do so competently as follows:

2. This Court's Local Rule 16-15.5(b) requires that "[e]ach party shall appear at the settlement proceeding in person or by a representative with final authority to settle the case." Further, the Local Rule goes on to state that "[a] corporation or other non-governmental entity satisfies this attendance requirement if represented by a person who has final settlement authority and who is knowledgeable about the facts of the case."

3. As set forth more fully in my Declaration in Support of Joint Report Re Results of Settlement Conference, filed with this Court on May 12, 2015, I was the representative with final authority to settle the case on behalf of the individual defendants, Leo Resig and Robert Phillipp, and the corporate defendants,

Resignation Media, LLC, Resignation Holdings, LLC and Keep Calm Management, Inc. and I am knowledgeable about the facts of this case.

4.  I personally appeared at mediation on April 22, 2015 with full and final settlement authority from each defendant and informed the mediator of such. At no time did the mediator object to my role as an authorized representative, require written assurance from any individual defendant or request to speak with any individual defendant regarding my authority to accept or reject any settlement offer from Plaintiff.

5.  It is worth noting, given Plaintiff's Position in the Joint Report re: Results of Settlement Conference, that any failure to settle was a direct result of the respective parties' positions and not a lack of attendance by any single defendant. In fact, Plaintiff himself failed to appear at the mediation; instead, a representative purportedly empowered with final authority to settle the case likewise represented Plaintiff.

6.  I appeared as Defendants' authorized representative, pursuant to this Court's Local Rule, empowered with the final settlement authority for all Defendants. I believe this appearance and authority complied with both the spirit and letter of Local Rule 16-15.5(b) and should not give rise to sanctions for Defendants' failure to personally appear.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on May 18, 2015 in Manhattan Beach, California.

/s/ Michael B. Cooper
MICHAEL B. COOPER

## DECLARATION OF LEO RESIG

I, LEO RESIG, declare:

1.  I am an individual defendant in this action and a resident of Travis County in the State of Texas. I am also an authorized representative of the three corporate defendants in this action, namely Resignation Media, LLC, Resignation Holdings, LLC and Keep Calm Management, Inc. I make this Declaration in support of Michael B. Cooper's Declaration in response to this Court's May 14, 2015 Order to Show Cause Why Defendants Should Not be Sanctioned For Failure to Attend the Mediation in Person. I have personal knowledge of the following facts and if called upon to testify, would and could do so competently as follows:

2.  Michael B. Cooper, attorney of record for myself, individually, Resignation Media, LLC, Resignation Holdings, LLC and Keep Calm Management, Inc. explained the Local Rules and this Court's Order to Private Mediation to me in advance of the April 22, 2015 mediation.

3.  Given the fact that I am located in Austin, Texas, I opted to vest final settlement authority in Michael B. Cooper for purposes of the April 22, 2015 mediation. Mr. Cooper had final settlement authority on my behalf.

4.  As an authorized agent for each of the three corporate defendants, Resignation Media, LLC, Resignation Holdings, LLC and Keep Calm Management, Inc., I similarly vested final settlement authority in Michael B.

Cooper for purposes of mediation on April 22, 2015 and I knew that Michael B. Cooper was knowledgeable about the facts of this case.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct. Executed on May 18, 2015 in Austin, Texas.

_____
LEO RESIG

# DECLARATION OF ROBERT PHILLIPP

I, ROBERT PHILLIPP, declare:

1. I am an individual defendant in this action and a resident of Travis County in the State of Texas. I make this Declaration in support of Michael B. Cooper's Declaration in response to this Court's May 14, 2015 Order to Show Cause Why Defendants Should Not be Sanctioned For Failure to Attend the Mediation in Person. I have personal knowledge of the following facts and if called upon to testify, would and could do so competently as follows:

2. Michael B. Cooper, attorney of record for myself, individually, explained the Local Rules and this Court's Order to Private Mediation to me in advance of the April 22, 2015 mediation.

3. Given the fact that I am located in Austin, Texas, I opted to vest final settlement authority in Michael B. Cooper for purposes of the April 22, 2015 mediation. Mr. Cooper had final settlement authority on my behalf and I knew that Michael B. Cooper was knowledgeable about the facts of this case.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct. Executed on May 18, 2015 in Austin, Texas.

_____
ROBERT PHILLIPP