1  FAYER GIPSON LLP
   MINH Z. KUO (State Bar No. 247489)
2  MKuo@fayergipson.com
   GREGORY A. FAYER (State Bar. No. 232303)
3  GFayer@fayergipson.com
   ELLIOT B. GIPSON (State Bar. No. 234020)
4  EGipson@fayergipson.com
   2029 Century Park East, Suite 3535
5  Los Angeles, California 90067
   Telephone: 310.557.3558
6  Facsimile:  310.557.3589

7  Attorneys for Plaintiff
   Jeffery R. Werner
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JEFFERY R. WERNER, an individual, | CASE NO. 2:14-CV-6494-JFW (JCx) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | Judge:   Hon. John F. Walter |
| RESIGNATION MEDIA, LLC, an Indiana Limited Liability Company; DESIGNATION HOLDINGS, LLC, a Delaware Limited Liability Company; KEEP CALM MANAGEMENT, INC., a California corporation; LEO RESIG, an individual; BOB PHILLIPP, an individual; and DOES 1-10, inclusive, | Motion Cut-off:   August 3, 2015<br>Discovery Cut-off:   July 27, 2015<br>Pretrial Conf. Date: August 28, 2015<br>Trial Date:            September 8, 2015<br><br>Action Filed:  August 18, 2014 |
| Defendants. | |

**THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that in accordance with Local Rule 16-15.7, 40-2, and the instructions of the Court, Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled, resolving the entire case. Pending the occurrence of certain conditions precedent, Plaintiff anticipates filing a dismissal without prejudice of the First Amended Complaint by July 15, 2015.

DATED:  June 15, 2015

FAYER GIPSON LLP
GREGORY A. FAYER
MINH Z. KUO

By:/s/Minh Z. Kuo_____
        MINH Z. KUO
Attorneys for Plaintiff Cinezeta